IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ELNORSH DUCKWORTH**                                                **PETITIONER**

**VERSUS**                                    **CIVIL ACTION NO. 1:11cv1HSO-JMR**

**PRESTON GOFF**                                                     **RESPONDENT**

## FINAL JUDGMENT

This cause came on this date to be heard upon the Report and Recommendation of Chief United States Magistrate Judge John M. Roper entered on June 13, 2011 [10-1], together with Objections filed thereto [12-1, 13-1].  The Court, having adopted said Report and Recommendation as the finding of this Court by Memorandum Opinion and Order entered this date, finds that this matter should be dismissed.   Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED**  that, Respondent's Motion to Dismiss filed February 3, 2011, [9-1] should be and hereby is **GRANTED,** and Duckworth's §2254 Petition is hereby dismissed as time-barred under 28 U.S.C. § 2244(d)(1).

**SO ORDERED AND ADJUDGED**, this the 28th day of September, 2011.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE